AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the

Western District of New York

UNITED STATES DISTRICT COURT FILED MAY 21 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

**United States of America**

**v.**

**Case No. 18-MJ-** 588

**BRUCE D. NEWTON, JR. and CEARRA N. CAMPBELL,**

*Defendants*

## CRIMINAL COMPLAINT

I, Christopher Toscano, the complainant in this case, state that the following is true to the best of my knowledge and belief that in the Western District of New York, the defendants violated offenses described as follows:

In or about and between May 2017 and September 2017, there is probable cause to believe that **BRUCE D. NEWTON, JR.,** and **CEARRA N. CAMPBELL** did conspire with each other to violate Title 18, United States Code, Section 1591(a)(1);

and did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, would be caused to engage in a commercial sex act through the use of force, threats of force, fraud, coercion, or any combination thereof, in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

All in violation of Title 18, United States Code, Section 1594(c).

**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CHRISTOPHER TOSCANO, FBI.**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

Christopher Toscano

*Complainant's signature*

TFO ~~S.A.~~ CHRISTOPHER TOSCANO, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 23, 2018

*Judge's signature*

City and State: Rochester, New York

HONORABLE JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

## AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF MONROE ) SS:
CITY OF ROCHESTER )

Christopher Toscano, being duly sworn, depose and state:

1. I am a sworn Task Force Officer with the Federal Bureau of Investigations (FBI) and am a Deputy with the Monroe County Sheriff's Office. I have been a member of the Monroe County Sheriff's Office since February of 2012, and have been assigned to the Rochester, New York Division of the Federal Bureau of Investigation, Child Exploitation Task Force since March of 2017. As part of my daily duties as a Task Force Officer with the FBI, I am currently assigned to a squad that is responsible for investigating, among other things, human trafficking, to include sex trafficking.

2. I am trained to investigate and have participated in investigations involving a wide range of local, state, and federal criminal violations. During my employment with the FBI and Monroe County Sheriff's Office, I have had extensive training in the methods used by pimps to operate in the commercial sex industry. During my duties, I have participated in the execution of multiple search warrants for various violations of Federal law and have seized evidence in connection with such warrants.

3. As a member of the Child Exploitation Task Force, I am currently involved in an investigation that involves violations of Title 18, United States Code, Section 1591(a) (1) (Sex Trafficking of Adults by Threats, Force or Coercion) and Title 18, United States Code, Section 1594(c) (Conspiracy to Commit Sex Trafficking). As such, violations relate to

individuals who knowingly in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, or maintain by any means a person by means of force, threats of force, fraud or coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act.

4. My investigation specifically involves individuals that engaged in sex trafficking in the Western District of New York by advertising, arranging, and profiting from women, who were over the age of 18 but were to engage in commercial sex acts by use of force, fraud or coercion, which occurred in the Western District of New York. As set forth below, Bruce D. NEWTON, JR. and Cearra N. CAMPBELL actively recruited, promoted, and profited from, females in the commercial sex trade. Specifically, NEWTON utilized a 23-year-old female identified herein as Adult Victim 1 (AV1) and a 35-year-old female identified herein as Adult Victim 2 (AV2) to engage in commercial sex acts through the use of force, fraud, coercion and/or threats.

5. This affidavit is submitted for a limited purpose, that is, a probable cause determination for issuance of the sought criminal complaint and arrest warrants. Not all facts of the investigation are contained herein. The facts set forth in this affidavit are based upon my own personal knowledge, knowledge obtained from other individuals, including law enforcement officers and industry representatives, my review of documents of undercover law enforcement activities related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein and information gained through my training and experience.

## BACKGROUND OF THE INVESTIGATION

6. On September 16, 2017, members of the Monroe County Sheriff's Office (MCSO) arrested NEWTON and CAMPBELL on unrelated theft charges. MCSO personnel learned through that investigation that NEWTON and CAMPBELL were involved in sex trafficking of AV1, which then led to this investigation. Subject to arrest on the theft charges, deputies located and seized several cellular telephones believed to belong to NEWTON and CAMPBELL that were later determined relevant to this investigation.

## INTERVIEW OF ADULT VICTIM 1-October 2017

7. On October 5, 2017, your affiant and Special Agent Barry Couch interviewed AV1. During the interview, AV1 stated she was being forced to prostitute by NEWTON and CAMPBELL. AV1 indicated that NEWTON took her to two different hotels, one in Buffalo, New York and one in Rochester, New York. AV1 indicated she was not sure which hotel NEWTON took her to in Buffalo, but identified the Radiance Hotel and Suites as the hotel in Rochester.[1] AV1 stated that NEWTON post advertisements for her on Backpage.com using fake pictures for prostitution.

8. AV1 stated she made over $1,000 from prostitution and that NEWTON took all the proceeds. AV1 indicated she serviced approximately fifteen "clients" and indicated having both oral and vaginal sex with them for money. AV1 stated NEWTON instructed her

[1] Your affiant spoke with two employees from the Radiance Hotel in Rochester, New York who identified NEWTON as an individual who rented rooms in September 2017 and observed him with two females.

on how to handle the money with the clients and directed her to have sex with the clients as well.

9. AV1 then indicated that NEWTON and his girlfriend CAMPBELL would talk with the clients and make the arrangements with them to meet with AV1 for sex. AV1 remembers seeing the Backpage.com advertisements for her, which advertised her as a 25-year-old, named "Tally". She remembered the advertisements mentioning "playmate", having a red and black picture that said, "I love men" on it and mentioning "serious inquiries only".

10. AV1 stated NEWTON threatened her on many occasions, during which he told her, "I beat hoes" and "I'll beat the shit out of you". AV1 also stated that NEWTON would yell at her if she was not working with clients correctly. AV1 also indicated that both NEWTON and CAMPBELL hit her on many occasions.

11. AV1 indicated that NEWTON "fed" her both crack and heroin while she was prostituting for him, which induced her to keep working as a prostitute. AV1 indicated that NEWTON would not allow her to use needles because he did not want her to have any track marks.

<u>BACKPAGE.COM ADS/SEIZED TELEPHONES</u>

12. Your affiant is aware that one of the cellular telephones seized during NEWTON'S arrest on September 16, 2017 was assigned telephone number 585-802-2342. This is the telephone number that NEWTON listed with Monroe County Probation as his

telephone number. Your affiant then entered telephone number 585-802-2342 into a law enforcement database and determined that this telephone number was used to post several advertisements associated with prostitution on various websites. One related advertisement was posted on September 12, 2017, on Backpage.com, a website that posts classified ads both nationally and internationally and effects interstate commerce. The narrative of the advertisement stated:

*"100% R E L – Rated ultimate playmate - - 25"*
*"CLEAN"*
*"No-Rush"*
*"Sexy"*
*"Juicy"*
*"PRETTY"*
*"FREAKY/NAUGHTY"*
*"Addictive Unforgettable AllReal Pics"*

*"Text or call me!! TALLY "585 802 2342"*

*"Poster's age: 25"*

13. This advertisement contained four photographs of the same female. Two of the photographs show the female in what appears to be a lingerie outfit while the third picture shows the female wearing what appears to be a white bra and black skirt. In the third picture, the female is exposing her stomach and pulling down her skirt partially. The fourth picture has the caption "I love white men!"

14. Your affiant is aware that one of the cellular telephones seized during NEWTON'S arrest on September 16, 2017 was assigned telephone number 585-205-1855. Your affiant entered telephone number, 585-205-1855 into a law enforcement database and determined that this telephone number was used to post several advertisements associated with

prostitution on various websites. One related advertisement was posted on June 15, 2017, on Backpage.com.

The narrative of the advertisement stated:

*"UPSCALE PLAYMATE++++NO RuLes!!++++Brunette BoMbShELL++++SmOkInG HoTT!!! – 21"*
*"1000% REAL & INDEPENDENT"*
*"SATISFACTION GUARTEED"*
*"Seductive, Sweet, Sexy, Spontaneous, &SoOo Much FUN!"*
*"VERY Relaxing Upscale $ Discreet"*
*"Tight Juicyyy & Always Ready 2 Play!!"*
*"I what I do & u will 2"*
*"All About You Unforgettable Experience!"*
*"EvEN SEXiER iN PERsON!"*

*"Available &"*
*"KELLIS 585 205 1855"*

*"Poster's age: 21"*

15. The advertisement contained three photographs of the same female. One of the photographs shows the female in shorts and what appears to be a shirt exposing her stomach. The other two photographs show the same female fully clothed.

16. On November 17, 2017 a state search warrant was signed by Monroe County Court Judge Christopher Ciaccio authorizing the search of the seized cellular telephones from NEWTON and CAMPBELL on September 16, 2017. Upon review of those cellular telephones, your affiant located several pictures of AV1 as well as several pictures that matched the images used in the Backpage.com advertisements described earlier and associated with the phone numbers 585-205-1855 and 585-802-2342.

## INTERVIEWS OF ADULT VICTIM 1-January 2018

17. On January 18, 2018, AV1 was interviewed again by your affiant. AV1 indicated that she knew NEWTON for approximately 10 days. AV1 then indicated that after the first few days with NEWTON she wanted to leave at which that point NEWTON pulled out a gun and held it to her head and told her she was not going anywhere.

18. AV1 stated that she took several photos of herself at the direction of NEWTON. AV1 was shown several photos in which were obtained from the cell phones that had been seized from NEWTON and CAMPBELL on September 16, 2017. AV1 identified herself in those photos and again indicated that she had taken those photos at the direction of NEWTON. AV1 indicated that NEWTON intended to use those photos that she had taken and place them on the website Backpage. AV1 stated that NEWTON ultimately did not use her photo for the advertisements and indicated that NEWTON was using another girl's photo instead.

19. AV1 then identified two individuals who were aware of NEWTON and CAMPBELL's abuse towards her (CW1 and CW2). AV1 indicated that she communicated with CW1 by way of facebook.com to voice her concern with NEWTON and CAMPBELL.

20. On January 29, 2018, AV1 provided Investigator Harrington and your affiant with a facebook.com conversation between her and CW1. Those conversations read in sum and substance:

- CW1 – "Im not wats goin on wyd now You going home tomorrow" (09-15-2017)
- AV1 – "He threatened me and had Cece smack me in the face this morning cause I accidentally ate some of their breakfast ig and idk how I'm gonna idk how I'm gonna get out of here". (09-15-2017)
- AV1 – "I gotta get out of here he smacked the hell out of me this morning ever morning it just gets worse I swear he just comes up with reasons to put his hands on me or I'm just extremely stupid and keep fucking up" (09-16-2017)

## INTERVIEW OF COOPERATING WITNESS 1

21. On March 29, 2018, your affiant interviewed CW1. CW1 stated she knew AV1 was working as a prostitute for NEWTON. CW1 observed AV1 with NEWTON and CAMPBELL and described AV1 as "looking very scared". CW1 stated that she attempted to help AV1 leave NEWTON and CAMPBELL but observed NEWTON pull out what she believed to be a bag of "crack" as a way to keep AV1 from leaving.

22. CW1 was told by AV1 that she was hit on many occasions by NEWTON and CAMPBELL. CW1 stated that AV1 was afraid to leave due to NEWTON threating to come after her or AV1's mother.

## INTERVIEW OF COOPERATING WITNESS ~~1~~ 2 CWT

23. On April 3, 2018, your affiant interviewed CW2. CW2 stated she observed AV1 with NEWTON and CAMPBELL and described AV1 as being a "hostage" of NEWTON. CW2 stated that AV1 was afraid to leave due to NEWTON and CAMPBELL

hitting her. CW2 stated she never observed NEWTON and CAMPBELL hit AV1 but was told this by AV1.

24. CW2 indicated that NEWTON approached her about working for him and offered to get her "200 a call" and offered to "rent the room". In exchange, NEWTON advised CW2 that she would be required to give $60 to NEWTON per client.

INTERVIEW OF ADULT VICTIM 2

25. On April 6, 2018 your affiant and Investigator Harrington interviewed AV2. During that interview, AV2 stated she was forced to prostitute by NEWTON and CAMPBELL. AV2 stated that NEWTON would post advertisements for her on Backpage.com. AV2 indicated that NEWTON took photos of her to use for the advertisements on Backpage.com.

26. AV2 stated she made approximately $1,000 in United States Currency from prostitution and that NEWTON took most of the money. AV2 indicated she serviced approximately 35 clients and indicated having sex with them for money. AV2 indicated that NEWTON would supply condoms for her to use when having sex with the clients.

27. AV2 stated NEWTON threatened her on many occasions in which he intimidated her by saying things such as, "you are not going anywhere". AV2 also stated that NEWTON, on many occasions punched and kicked her and had CAMPBELL "beat her up".

## INTERVIEWS OF CAMPBELL

28. On March 19, 2018, your affiant conducted an interview with CAMPBELL during which CAMPBELL admitted her involvement in prostituting girls with NEWTON for a period of three to four months. CAMPBELL identified AV1 as one of the girls prostituting for NEWTON. CAMPBELL stated that NEWTON tried to make her prostitute, but she told him no. CAMPBELL also indicated that she tried to leave but NEWTON would not let her. She stated that NEWTOWN would post the prostitution advertisements on Backpage.com for AV1. CAMPBELL also stated that NEWTON had her answer the phones and ask the clients "if they're affiliated with any law enforcement." CAMPBELL indicated that AV1 would give NEWTON all of her proceeds for crack cocaine. CAMPBELL stated NEWTON made "thousands" of dollars in profits from prostitution. When asked if CAMPBELL ever hit AV1, CAMPBELL stated "once" due to AV1 eating her food. CAMPBELL acknowledged being around when NEWTON was "pimping" out girls but indicated she was not directly involved. CAMPBELL advised that NEWTON was using approximately three cellular phones, two of which were used for "licks" (prostitution) and one was his personal phone. When asked what CAMPBELL meant by the word "licks" CAMPBELL stated "like bitches that sell pussy when people call for people to come over and stuff".

29. CAMPBELL was shown two photos of advertisements posted on Backpage.com that resemble the advertisements described by AV1. CAMPBELL indicated she never seen the created advertisements before, but she had seen those photos in NEWTON's cellular phone. CAMPBELL was asked about a specific message "150hh

200ful" and asked what that means. CAMPBELL indicated that message is in reference to prostitution.

30. On April 20, 2018, your affiant conducted an interview with CAMPBELL at her place of residence. CAMPELL indicated that Samsung cellular telephone that was seized during her arrest was in fact hers. CAMPBELL then identified a picture that was captured on the Samsung cellular telephone as being AV1. CAMPBELL indicated that both her and NEWTON accessed that cellular telephone and that NEWTON used it for the use of prostitution. CAMPBELL also indicated that NEWTON would get money from the girls working for him and in turn she would get some of that money. CAMPBELL indicated NEWTON would punch AV1 often whenever he was mad. CAMPBELL then stated NEWTON would get mad if AV1 did not want to prostitute anymore. CAMPBELL then stated she observed NEWTON hitting AV1 on a few occasions. CAMPBELL stated that AV1 continued to prostitute for NEWTON "even though she didn't want to do it".

## CONCLUSION

31. WHEREFORE, I respectfully submit that the foregoing information establishes probable cause to believe that Bruce NEWTON, JR. and Cearra CAMPBELL violated Title 18, United States Code, Sections 1591(a)(1) and 1594(c) in the Western District of New York, NEWTON and CAMPBELL, did conspire to and did knowingly, in and affecting interstate commerce, cause AV1 and AV2 to engage in commercial sex acts by using force or threats of force.

I further request that a Criminal Complaint in the form annexed be issued.

Christopher Toscano
Task Force Officer
Federal Bureau of Investigations

Subscribed to and sworn before me

this 23 day of May, 2018.

HON. JONATHAN W. FELDMAN
United States Magistrate Judge